FOR PUBLICATION

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED



DEC 28 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| **JONATHON MICHAEL CASTRO**, | No. 12-56829 |
| Plaintiff - Appellee, | D.C. No. 2:10-cv-05425-DSF |
| v. | |
| **COUNTY OF LOS ANGELES; LOS ANGELES SHERIFF'S DEPARTMENT; CHRISTOPHER SOLOMON; DAVID VALENTINE, Sergeant, aka Valentine**, | ORDER |
| Defendants - Appellants. | |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that

this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a)

and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as

precedent by or to any court of the Ninth Circuit.